UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DULCE GARCIA,

                      Plaintiff,

-v-

THE COMPREHENSIVE CENTER, LLC et al.,

                      Defendants.

17-CV-8970 (JPO)

ORDER ADOPTING REPORT AND RECOMMENDATION

J. PAUL OETKEN, District Judge:

    Plaintiff Dulce Garcia filed this employment discrimination action against five business entities and two individuals on November 16, 2017. (Dkt. No. 1.) On August 16, 2018, this Court granted Garcia's motion for default judgment against all five business entities and Defendant Nathan Sklar. (Dkt. No. 29.) The Court issued an order of reference requesting that Magistrate Judge Barbara C. Moses conduct a damages inquest. (Dkt. No. 30.)

    Judge Moses conducted a thorough and careful inquest and issued a Report and Recommendation (the "Report") that this Court award damages as specified in the Report. (Dkt. No. 65.) The Court has reviewed the Report.

    No party filed a timely objection to the Report; therefore the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008). Magistrate Judge Moses's well-reasoned Report presents no such errors and is therefore fully adopted by this Court.

    Accordingly, damages are awarded as calculated in the Report. The Clerk of Court is directed to enter judgment accordingly and close this case.

1

SO ORDERED.

Dated: March 24, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge