# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DULCE GARCIA,

                           Plaintiff,                      17 **CIVIL** 8970 (JPO)

              -against-                          **JUDGMENT**

THE COMPREHENSIVE CENTER, LLC, et al.,

                           Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2020, Judge Moses's Report is fully adopted by this court; no party filed a timely objection to the Report; damages are awarded as calculated in the Report as follows: plaintiff Garcia is awarded a total of $284,785.01, comprising $200,106.01 in compensatory damages for economic losses ($25,106.01) and emotional distress ($175,000), $75,000 in punitive damages, $6,150 in attorneys' fees, and $3,529 in costs, all to be assessed jointly and severally against defendants The Comprehensive Center, LLC; New York's Comprehensive Home Care Services, LLC; Comprehensive Evaluation Services, PT, OT, SLP, LMSW, Psychology, PLLC; Grand Street Medicine & Rehabilitation, P.C.; Comprehensive Staffing Solutions, LLC; and Nathan Sklar; accordingly, this case is closed.

**Dated:** New York, New York
           March 25, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                     **Clerk of Court**
                         **BY:**
                                                     _____
                                                     **Deputy Clerk**